UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOCAL 682 HEALTH AND WELFARE TRUST FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:05-CV-2328 CEJ ) |
| NES TRAFFIC SAFETY, L.P., | ) ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com